[Docket No. 11]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND, VACATION FUND, AND PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE, for and on themselves and said FUNDS; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711,

   Plaintiffs,

   v.

LEO CONSTRUCTING, LLC,

   Defendant.

Civil No. 22-cv-04645 (RMB/MJS)

**ORDER**

**THIS MATTER** comes before the Court upon Plaintiffs', Trustees of International Union of Painters and Allied Trades District 711 Health & Welfare Fund, Vacation Fund, and Painters District Council 711 Finishing Trades Institute, and International Union of Painters and Allied Trades District Council 711, Motion for Default Judgment against Defendant, Leo Constructing, LLC (Leo), and the Court having considered Plaintiffs' moving papers and supporting documentation, and Leo having neither opposed the Motion nor filed any responsive pleading in this matter, and for the reasons set forth in the accompanying Opinion of today's date, and for good cause shown,

**IT IS**, on this **16th** day of **February 2024**, hereby:

1

2

**ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED** (Docket No. 11); and it is further

**ORDERED** that final judgment is entered in favor of Plaintiffs in the total amount of $40,626.23; and it is further

**ORDERED** that Leo shall submit to a payroll audit by producing all necessary payroll information to Plaintiffs within thirty days of the date of this Order; and it is finally

**ORDERED** that the Clerk of the Court shall mark this case closed.  Plaintiffs may seek leave of the Court to reopen the matter if necessary.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge

Dated: February 16, 2024